IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **VALERIE MILAN MENDOZA** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:17-CV-01038** |
| | § | |
| **THE TRAVELERS HOME AND** | § | |
| **MARINE INSURANCE COMPANY,** | § | |
| **CHARLESTON PRINCETON II, AND** | § | |
| **CLEVELAND STIFF, JUNIOR** | § | |

## NOTICE OF SETTLEMENT

COME NOW, Valerie Milan Mendoza, the plaintiff herein, and The Travelers Home and Marine Insurance Company and Charleston Princeton II, the defendants herein, and, pursuant to Local Rule 16.3 of the Local Rules for the Southern District of Texas, notify the Court that the parties have reached a settlement agreement that will result in a full and final release and dismissal with prejudice of all claims and causes of action asserted in this lawsuit.  The parties request thirty days to file a joint stipulation of dismissal and proposed order of dismissal and final judgment in order to afford the parties sufficient time to effectuate a full and final release and dismissal with prejudice of all claims asserted in this lawsuit.

[SIGNATURE BLOCK ON NEXT PAGE]

Respectfully submitted,

Chad T. Wilson Law Firm PLLC
455 East Medical Center Boulevard, Ste 555
Webster, Texas 77598
832-415-1432
281-940-2137– facsimile

 /s/ Allen B. Landon (w/permission)
Allen B. Landon
State Bar No. 24091870
alandon@cwilsonlaw.com

ATTORNEYS FOR PLAINTIFF
VALERIE MILAN MENDOZA


ORGAIN BELL & TUCKER, LLP
P O Box 1751
Beaumont, TX 77704-1751
(409) 838-6412
(409) 838-6959 facsimile


 /s/ Greg C. Wilkins
Greg C. Wilkins
State Bar No. 00797669
Southern District Bar No. 33280
gcw@obt.com

ATTORNEYS FOR DEFENDANTS,
THE TRAVELERS HOME AND
MARINE INSURANCE COMPANY
AND CHARLESTON PRINCETON II


## CERTIFICATE OF SERVICE

    I do hereby certify that on the 14th day of November 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all known counsel of record.

                                      /s/ Greg C. Wilkins
                                      Greg C. Wilkins