United States District Court
Southern District of Texas

**ENTERED**

January 04, 2018

David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **VALERIE MILAN MENDOZA** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:17-CV-01038** |
| | § | |
| **THE TRAVELERS HOME AND** | § | |
| **MARINE INSURANCE COMPANY,** | § | |
| **CHARLESTON PRINCETON II, AND** | § | |
| **CLEVELAND STIFF, JUNIOR** | § | |

### ORDER OF DISMISSAL

Before the Court is a stipulation of dismissal dismissing all claims and causes of action asserted in this lawsuit. The Court is of the opinion that the stipulation of dismissal should be accepted by the Court. Accordingly, all claims and causes of action asserted in this lawsuit are hereby DISMISSED WITH PREJUDICE TO THE RE-FILING OF SAME. This order of dismissal disposes of all claims and parties in this lawsuit.

SIGNED at Houston, Texas, on this the 4th day of January, 2018.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE